

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 9, 1939

Mr. C. W. Norrid
County Attorney
Silverton, Texas

Dear Mr. Norrid:

Opinion No. O-49
Re: Sheriff's fees in tax
suits

Your letter of January 4, addressed to the Attorney General has been referred to the writer for reply. You request to be advised on the following question: "Can the sheriff legally charge more than $2.00 in any tax suit regardless of the number of citations served and work performed?"

In reply to this question you are respectfully advised that the Legislature has the sole power to provide for collection of delinquent taxes, and to fix the fees allowed each state officer in such suits. Article 7332 of the R. C. S. of Texas reads in part:

"The Sheriff or Constable of the County in which the suit is pending shall receive a fee of Two ($2.00) Dollars in each case which will cover the service of all process, and the selling of the property and executing deeds for same."

In the above Article the Legislature specifically sets out the fee in each tax case, even though other taxing units are impleaded or intervene, as provided for in Article 7345b. It remains one and the same case, and the Legislature made no provision under Article 7345b to allow the sheriff any additional fee.

In our opinion the Sheriff of the county in which the suit is pending can not legally charge more than $2.00 in any tax suit, regardless of the number

of citations served and work performed.

                              Yours very truly

                    ATTORNEY GENERAL OF TEXAS


                    By (Signed) Claud O. Boothman
                                      Assistant

COB-MR

APPROVED

(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS